SEND-O

[FILED stamp: CLERK, U.S. DISTRICT COURT, MAY 10 2012, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, BY DEPUTY]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Miguel Rojo<br>Defendant. | Case No.: EDCR 02-34 VAP<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- pretrial services report
- violation petition
- defendant's non objection

1

1        and/ or

2   B. (X)   The defendant has not met his/her burden of establishing by clear and
3        convincing evidence that he/she is not likely to pose a danger to the
4        safety of any other person or the community if released under 18 U.S.C.
5        § 3142(b) or (c). This finding is based on the following:

- pretrial services report
- violation petition
- defendant's nonobjection

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: May 10, 2012

HONORABLE SHERI PYM
United States Magistrate Judge